1  **JONES & DYER**
   **A Professional Corporation**
2  1800 J Street
   Sacramento, California 95814
3  Telephone: (916) 552-5959
   Fax: (916) 442-5959
4
   **MARK A. JONES, State Bar #96494**
5
   Attorneys for: Defendants County of Napa, Erik Olson, Receiving Officer Hart, Receiving Officer
6  Hanson, Booking Officer Sellandci

7

8               IN THE UNITED STATES DISTRICT COURT

9           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
    CARLOS QUINTANA                        ) NO. C07-02049 CRB
11                                         )
                       Plaintiffs,         )
12  vs.                                    ) **SUBSTITUTION OF ATTORNEYS**
                                           )
13  CITY OF NAPA, COUNTY OF NAPA, ERIK     )
    OLSON, RECEIVING OFFICER HART,         )
14  RECEIVING OFFICER HANSON, BOOKING      )
    OFFICER SELLANDCI and DOES 1-30,      )
15                                         )
                       Defendants.         )
16  _____)

17
            TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL:
18
            Defendants County of Napa, Erik Olson, Receiving Officer Hart, Receiving Officer Hanson,
19
    Booking Officer Sellandci hereby substitute Mark A. Jones, State Bar #96494, of Jones & Dyer,
20
    1800 J Street, Sacramento, California 95814, 916-552-5959, fax number 916-442-5959, to represent
21
    them in the above-captioned case in the place and stead of Gary M. Lepper of Lepper & Harrington.
22
            We consent to this substitution.
23
            Dated: 6/6/07
24
                                           COUNTY OF NAPA, ERIK OLSON, RECEIVING
                                           OFFICER HART, RECEIVING OFFICER HANSON,
25                                         BOOKING OFFICER SELLANDCI
26
                                           By: _____
27                                              KERRY J. WHITNEY, Risk Manager
                                                County of Napa
28

I consent to this substitution
Dated: 11 June 2007

LEPPER & HARRINGTON

By: _____
Gary M. Lepper
(Former Attorneys of Record)

I consent to this substitution.
Dated: June 8, 2007

JONES & DYER

By: _____
Mark A. Jones
(New Attorney of Record)

**ORDER**

IT IS SO ORDERED.

Dated: June 14, 2007

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA