1  TODD BOLEY, SBN 68119
   ERICKSON, BEASLEY & HEWITT LLP
2  483 Ninth Street, Suite 200
   Oakland, California 94607
3  (510) 839-3448; (510) 839-1622 (fax)

4  EDWIN J. WILSON, JR., SBN 48881
   LAFAYETTE & KUMAGAI LLP
5  100 Spear Street, Suite 600
   San Francisco, CA 94105
6  (415) 357-4600; 415-357-4605 (fax)

7  Attorneys for Plaintiff
   CARLOS QUINTANA
8

9                IN THE UNITED STATES DISTRICT COURT

10           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | CARLOS QUINTANA,                    )  Case No. C07-02049 CRB
                                          )
13 |              Plaintiff,              )  **STIPULATION FOR DISMISSAL OF**
                                          )  **ACTION**
14 | v.                                   )
                                          )
15 | CITY OF NAPA, COUNTY OF NAPA,        )
     ERIK OLSON, RECEIVING OFFICER        )
16 | HART, RECEIVING OFFICER HANSON,      )
     BOOKING OFFICER SELLANDCI and        )
17 | DOES 1-30,                           )
                                          )
18 |              Defendants.             )
   |_____)

19

20     IT IS HEREBY STIPULATED by and between the parties hereto through their

21 undersigned counsel that the entire action be dismissed with prejudice pursuant to Federal Rule of

22 Civil Procedure 41(a)(1)(ii).

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**IT IS FURTHER STIPULATED THAT** each party shall bear their own costs and attorney's fees.

Dated: July ____, 2007                ERICKSON, BEASLEY & HEWITT LLP

                                      By:_____
                                              Todd Boley

                                      Attorneys for Plaintiff CARLOS QUINTANA

Dated: July ____, 2007                NAPA CITY ATTORNEY'S OFFICE

                                      By:_____
                                              David C. Jones

                                      Attorneys for Defendant CITY OF NAPA

Dated: July 9, 2007                   JONES & DYER

                                      By:_____
                                              Mark A. Jones

                                      Attorneys for Defendants County of Napa, Erik Olson, Receiving Officer Hart, Receiving Officer Hanson, Booking Officer Sellandci

**THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

1. The entire action be dismissed with prejudice as to all plaintiffs pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).
2. The clerk shall enter judgment dismissing the entire action with prejudice.
3. Each party shall bear their own costs and attorney's fees.

Dated: July 19, 2007

                                      _____
                                      Judge of the District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Q:\Quintana 1450\Pld\070907 Stip for Dismissal of Action.wpd